No. 92–8961.  ANDERSON *v.* ANGELONE ET AL.  C. A. 9th Cir. Certiorari denied.

No. 92–8962.  PARNELL *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 92–8963.  MCKINNON *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 92–8965.  RIVERA *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 92–8966.  RODRIGUEZ *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 92–8967.  PAYNE *v.* BORG, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 92–8968.  LARSON *v.* DORSEY, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 92–8969.  MORTON *v.* BURTON, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 92–8970.  LOVE *v.* BRIGANO.  C. A. 6th Cir.  Certiorari denied.

No. 92–8971.  HARVEY *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 92–8972.  HELMS *v.* REYNOLDS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 92–8973.  KUNIARA, AKA JONES *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 92–8974.  GUDER ET AL. *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 92–8975.  GIBSON *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 92–8976.  HEATH *v.* STRACK, SUPERINTENDENT, FISHKILL CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 92–8977.  HORNE *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.